**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Bobby L. Culpepper
Culpepper & Carroll, PLLC
525 East Court Ave.
Jonesboro LA 71251

**REHEARING ACTION: May 7, 2008**

**Docket Number: 07   01497-CA**

**MICHAEL R. GARBER**
**VERSUS**
**BADON & RANIER, ET AL.**

**Appealed from Calcasieu Parish Case No. 2001-5624**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Oswald A. Decuir**
> **Hon. Glenn B. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael R. Garber** has this day been

> **DENIED.**

cc: Patrick J. Briney, Counsel for the Appellee
     Merrick J. (Rick) Norman  Jr., Counsel for the Appellee
     James Buckner Doyle, Counsel for the Appellee
     Charles Stovall Weems  III, Counsel for the Appellee